UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| ECPI College of Technology, L.C.,<br><br>                          Plaintiff,<br>    v.<br><br>Michael David Majors,<br><br>                          Defendant. | C/A No. 6:05-1388-GRA<br><br>ORDER<br>(Written Opinion) |

This matter comes before the Court on Plaintiff's Motion to Quash Subpoena and for Protective Order filed July 26, 2005. Counsel for Plaintiff and Defendant presented oral arguments before this Court on August 29, 2005. The Court denies Plaintiff's motion.

IT IS HEREBY ORDERED that Plaintiff's Motion to Quash Subpoena and for Protective Order be DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

August __31__, 2005.

1